IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT CALVIN ABNEY, # 282949, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:15-CV-616-WKW ) |
| SID LOCKHART, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On January 22, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 21.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

A separate final judgment will be entered.

DONE this 22nd day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE